VALENTINE, EXR., APPELLANT, *v.* WILLARD & ASSOCIATES TITLE SEARCH SERVICES ET AL., APPELLEES.

[Cite as *Valentine v. Willard & Assoc. Title Search Serv.*, 96 Ohio St.3d 1216, 2002-Ohio-5308.]

(No. 2001–1417—Submitted April 24, 2002 at the Perry County Session—Decided October 16, 2002.)

{¶ 1}  The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would affirm the judgment of the court of appeals.

Leeseberg, Schulman & Valentine, Gerald S. Leeseberg and Susie L. Hahn, for appellant.

Ulmer & Berne, L.L.P., Jeffrey W. Van Wagner and Carl A. Anthony, for appellees.

Thompson Hine, L.L.P., John T. Sunderland and Lisa A. Lomax, urging affirmance for amicus curiae Ohio Land Title Association.

Thompson Hine, L.L.P., John T. Sunderland and Jennifer E. Short; and Eugene P. Whetzel, urging affirmance for amicus curiae Ohio State Bar Association.